# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>         Plaintiff,<br><br>    v.<br><br>BAROYA, et. al.,<br><br>         Defendants.<br>_____/ | CV F05 1247 AWI LJO P<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT AMENDED COMPLAINT (Doc. 9.)<br><br>ORDER DENYING MOTION FOR SEQUENTIAL FEE COLLECTION (Doc. 10.) |

Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on September 30, 2005. On November 6, 2006, the Court dismissed the Complaint with leave to amend. Plaintiff has moved for additional time to submit the Amended Complaint. In addition, Plaintiff has submitted a "Motion for Sequential Fee Collection." In this pleading, Plaintiff alleges that the method for collecting fees under the Prison Litigation Reform Act is unconstitutional as it will result in the assessment of 100% of Plaintiff's income per month. Plaintiff states that the Ninth Circuit has not ruled on this issue and that this Court should adopt the 2nd Circuit's holding in <u>Whitfield v. Scully</u>, 241 F.3d 264 (2nd Cir. 2001).

Plaintiff's Request for more time to file his Amended Complaint will be GRANTED.

With regard to Plaintiff's contention that the fee collection under the PLRA is unconstitutional, his allegations constitute a new claim for relief that cannot be raised in a Motion in a pending action. Moreover, as the issue arose as a result of Plaintiff's filing of this

action it cannot be raised as a constitutional claim *in this action*. Further, Plaintiff's allegation, even if filed in a separate action would be denied as the Ninth Circuit *has* found the fee provisions of the PLRA constitutional. Taylor v. Delatoore, 281 F.3d 844 (9th Cir. 2002).

The Ninth Circuit in Taylor noted that the PLRA required all prisoners to pay initial fees and monthly fees thereafter, several provisions of the PLRA decrease the burden of the fee requirements placed on the rights of indigent prisoners. Id. at 848-49. For example, the initial and monthly-payment calculations are based on the prisoners assets and are limited to 20 percent of that amount. Id. In addition, the initial fee can only be collected when "funds exist" and the monthly payments can only be deducted when the account balance exceeds ten dollars. Id. Finally, the safety-valve provisions ensures that inmates cannot be barred from bringing a civil action or appeal when he or she does not have enough money to pay the initial fee. Id.; see also, § 1915(b)(4).

Accordingly, the Court HEREBY ORDERS:

1. The Request for an Extension of time to file an Amended Complaint is GRANTED. The Amended Complaint is due within THIRTY (30) days of the date of service of this Order; and

2. The Motion for Sequential Fee Collection is DENIED.

IT IS SO ORDERED.

**Dated:   January 7, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE