IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | 1:05-cv-01247-AWI-GSA-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF OCTOBER 14, 2008 |
| vs. | (Doc. 20.) |
| DR. KIM, et al., | ORDER FOR CLERK TO RE-SERVE ORDER OF JUNE 26, 2008 ON PLAINTIFF |
| Defendants. | (Doc. 17.) |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2008, Magistrate Gary S. Austin submitted findings and recommendations to United States District Judge Anthony W. Ishii to dismiss plaintiff's case for failure to prosecute, after the postmaster returned court mail as undeliverable to plaintiff's address of record. On November 12, 2008, plaintiff filed objections, explaining that he was temporarily transferred to the California Medical Facility, but he is now returned to the California State Prison-Sacramento, which is his address of record at the court.

Good cause appearing, the findings and recommendation of October 14, 2008 shall be vacated, and the Court shall screen plaintiff's second amended complaint in due course.

///

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations of October 14, 2008, are vacated;
2. The Clerk shall re-serve a copy of the Court's order of June 26, 2008 on plaintiff at his address of record; and
3. The Court shall screen plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

Dated:   **December 5, 2008**              /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2