# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>             Plaintiff,<br><br>   v.<br><br>BAROYA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:05-cv-01247-AWI-GSA PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc.18) |

Plaintiff Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 30, 2005. The Court dismissed Plaintiff's complaint with leave to amend on November 6, 2006, and granted an extension of time to file an amended complaint on January 8, 2007. On January 22, 2007, Plaintiff filed his amended complaint. On February 26, 2008, Plaintiff filed a motion to amend his first amended complaint. On June 26, 2008, the Court granted Plaintiff's motion to amend, and Plaintiff filed his second amended complaint on June 26, 2008.

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and finds that it states a cognizable claim for relief against Defendants Baroya, Fam, Hamilton, Nguyet, Hoppe, Griffin, and Reidman for violation of the Eighth Amendment arising out of unconstitutional housing conditions. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1

1. Service is appropriate for the following defendants:

   > I. BAROYA
   >
   > FAM
   >
   > HAMILTON
   >
   > NGUYET DAM
   >
   > JERRY Q. HOPPE
   >
   > GRIFFIN
   >
   > NORMA REIDMAN

2. The Clerk of the Court shall send Plaintiff seven (7) USM-285 forms, seven (7) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed June 26, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summonses for each defendant;

   b. Completed USM-285 form for each defendant; and

   c. Eight (8) copies of the endorsed second amended complaint filed June 26, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

///
///
///
///
///
///

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated: March 19, 2009**    /s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE