IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAROYA, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-cv-01247-AWI-GSA (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO RETURN<br>COMPLETED SERVICE DOCUMENTS<br><br>(Motion#24)<br><br>30-DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2009, plaintiff filed a motion to extend time to return completed service documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to return completed service documents.

　　　　IT IS SO ORDERED.

　　　　Dated:　**April 24, 2009**　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE