IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>    Plaintiff,<br><br>  vs.<br><br>BAROYA, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-01247-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br>(Doc. 45.)<br><br>ORDER DENYING DEFENDANTS'<br>MOTION TO DISMISS FOR FAILURE<br>TO EXHAUST<br>(Doc. 42.) |

Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2010, findings and recommendations were entered, recommending that Defendants' motion to dismiss for failure to exhaust, filed on November 24, 2009, be denied. The parties were provided an opportunity to file objections to the findings and recommendations within thirty days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 23, 2010, are adopted in full; and

2. Defendants' motion to dismiss for failure to exhaust, filed on November 24, 2009, is DENIED; and

3. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:     September 5, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

2