UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS HENDON, | ) | 1:05-cv-01247-AWI-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION REQUIRING DEFENDANTS |
| vs. | ) | TO SERVE COPY OF MOTION, |
| | ) | WITHOUT PREJUDICE |
| BAROYA, et al., | ) | (Doc. 59.) |
| | ) | |
| Defendants. | ) | |

Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 30, 2005. (Doc. 1.) This action now proceeds on Plaintiff's Second Amended Complaint filed on June 26, 2008, against defendants Baroya, Pham, Hamilton, Nguyet, Hoppe, Griffin and Reidman for subjecting him to cruel and unusual punishment in violation of the Eighth Amendment.[1] (Doc. 18.)

On November 3, 2010, Plaintiff filed a motion for the court to compel Defendants to serve him with a complete copy of the Motion to Declare Plaintiff a Vexatious Litigant, filed by Defendants on October 12, 2010. (Doc. 59.) Plaintiff claims he did not receive all of the pages of the Motion.

Defendants filed a Declaration of Service on October 12, 2010, indicating that Plaintiff was served with copies of the *Request for Order to File Documents Under Seal, Notice of Motion to*

---

[1] To date, defendants Hamilton and Hoppe have not been successfully served with process and have not otherwise appeared in this action. (Docs. 29, 38, 51.)

1

*Declare Plaintiff a Vexatious Litigant and Requiring Security, Memorandum of Points and Authorities in Support of Motion to Declare Plaintiff a Vexatious Litigant and Requiring Security, Exhibits A [Sealed], B & C, Declaration of J. Devencenzi in Support of Motion to Declare Plaintiff a Vexatious Litigant and Requiring Security, Attachment A to Declaration of J. Devencenzi, Request for Judicial Notice in Support of Motion to Declare Plaintiff a Vexatious Litigant and Requiring Security & Exhibits 1-53 to Request for Judicial Notice*, which includes all of the documents listed on the court's docket for Defendants' Motion to Declare Plaintiff a Vexatious Litigant.  In light of the fact that Defendants' Motion and supporting documents are two-hundred-forty-one pages long, the Court requires more information from Plaintiff before his motion shall be considered.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for Defendants to serve him a complete copy of their Motion to Declare Plaintiff a Vexatious Litigant is DENIED, without prejudice; and

2. Should Plaintiff renew the present motion, Plaintiff must submit a written declaration signed under penalty of perjury indicating which specific document(s), or which page(s) of specific documents, of Defendants' Motion to Declare Plaintiff a Vexatious Litigant he did not receive.

IT IS SO ORDERED.

Dated:   **November 8, 2010**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

2