IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | 1:05-cv-01247-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 55.) |
| BAROYA, et al., | ORDER DISMISSING DEFENDANT HAMILTON FROM THIS ACTION |
| Defendants. | BASED ON INSUFFICIENT INFORMATION TO EFFECT SERVICE |

Carlos Hendon ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 20, 2010, findings and recommendations were entered, recommending that defendant Hamilton be dismissed from this action, without prejudice, based on Plaintiff's failure to provide sufficient information to locate the defendant for service of process. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 20, 2010, are adopted in full;

2. Defendant Hamilton is dismissed from this action, without prejudice, based on Plaintiff's failure to provide sufficient information to locate the defendant for service of process; and

3. The Clerk of the Court is directed to reflect the dismissal of defendant Hamilton from this action on the Court's docket.

IT IS SO ORDERED.

Dated:     December 10, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2