IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**CARLOS HENDON,**

                Plaintiff,

v.

**BAROYA, ET AL.,**

                Defendant.

Case No. 1:05-cv-1247 AWI GSA (PC)

**ORDER**

    Defendants' request for an order permitting the filing of documents under seal, good cause appearing, is granted.

    IT IS ORDERED that Defendants shall be permitted to file Exhibit A to Defendants' Request for Reconsideration by the District Court of Magistrate Judge's Ruling, under seal.

IT IS SO ORDERED.

Dated:  July 22, 2011

                                CHIEF UNITED STATES DISTRICT JUDGE