UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | 1:05-cv-01247-AWI-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATION, RECOMMENDING THAT DEFENDANT GRIFFIN BE DISMISSED FROM THIS ACTION UNDER RULE 25 PURSUANT TO NOTICE OF DEATH |
| vs. | |
| BAROYA, et al., | |
| Defendants. | OBJECTIONS, IF ANY, DUE WITHIN TWENTY (20) DAYS |

**I.    BACKGROUND**

Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 30, 2005. (Doc. 1.) This action now proceeds on Plaintiff's Second Amended Complaint filed on June 26, 2008, against defendants Baroya, Pham, Nguyet, Hoppe, Griffin and Reidman ("Defendants") for subjecting him to cruel and unusual punishment in violation of the Eighth Amendment. (Doc. 18.)

On August 14, 2014, Defendants filed a notice of the death of defendant Griffin. (Doc. 133.)

**II.    FEDERAL RULE OF CIVIL PROCEDURE 25**

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, "[i]f a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. Fed.

1

R. Civ. P. 25(a)(1).  The motion for substitution may be made by any party or by the successors or representatives of the deceased party and, together with the notice of hearing, shall be served on the parties as provided in Rule 5 and upon persons not parties in the manner provided in Rule 4 for the service of a summons, and may be served in any judicial district.  Id.  Unless the motion for substitution is made not later than 90 days after the death is suggested upon the record by service of statement of the fact of the death as provided for herein for the service of the motion, the action shall be dismissed as to the deceased party." Id.

### III.     CONCLUSION AND RECOMMENDATION

Plaintiff was informed more than 90 days ago by Defendants that defendant Griffin is deceased, and Plaintiff has not filed a motion for substitution.

Accordingly, **IT IS HEREBY RECOMMENDED THAT** defendant Griffin be dismissed from this action under Rule 25.

These findings and recommendation are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  **Within twenty (20) days** after being served with these findings and recommendations, any party may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:     **November 21, 2014**                    **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE