UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>            Plaintiff,<br><br>      vs.<br><br>BAROYA, et al.,<br><br>            Defendants. | 1:05-cv-01247-GSA-PC<br><br>NOTICE OF TELEPHONIC STATUS HEARING BEFORE MAGISTRATE JUDGE GARY S. AUSTIN<br><br>**April 13, 2015 at 10:30 a.m.<br>in Courtroom 10 (GSA)** |

**PLEASE TAKE NOTICE**

This case is presently set for trial on July 7, 2015, before the Honorable Anthony W. Ishii, District Judge.  On March 20, 2015, in light of the parties' consent to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c), this case was reassigned to Magistrate Judge Gary S. Austin for all further proceedings, including trial and entry of final judgment. (Doc. 159.)  At this juncture, a telephonic status hearing shall be scheduled before Magistrate Judge Gary S. Austin.  Please take notice that the parties are ordered to appear telephonically before Judge Austin on **April 13, 2015, at 10:30 a.m., in Courtroom 10 (GSA).**  Defense counsel shall arrange for Plaintiff to participate in the hearing and initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

   Dated:   **March 23, 2015**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE