# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | Case No. 1:05-cv-01247-SAB-PC |
| Plaintiff, | ORDER SETTING TRIAL DATE |
| v. | <u>Jury Trial</u>: Monday, November 2, 2015, at 8:30 a.m. in Courtroom 9 |
| I. BAROYA, et al., | |
| Defendants. | |

The jury trial of this matter is currently set for Tuesday, November 3, 2015, at 8:30 a.m. in Courtroom 9. Due to Court scheduling issues, the jury trial is moved to **Monday, November 2, 2015**, at 8:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 11, 2015**

UNITED STATES MAGISTRATE JUDGE

1