# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>            Plaintiff,<br><br>    v.<br><br>I. BAROYA, et al.,<br><br>            Defendants. | Case No.  1:05-cv-01247-SAB-PC<br><br>FURTHER SCHEDULING ORDER RE MOTIONS IN LIMINE<br><br>New Hearing Time:<br>**October 23, 2015, <u>at 2:30 p.m.</u>**<br>**Courtroom 9** |

On September 22, 2015, a pretrial order was entered, setting a further schedule for this case.  Due to the unavailability of the Court, the hearing on Defendants' motion for summary judgment and any motions in limine is moved to October 23, 2015, at 2:30 p.m. before the Honorable Stanley A. Boone in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 24, 2015**                             _____
                                                                              UNITED STATES MAGISTRATE JUDGE

1