# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>            Plaintiff,<br><br>     v.<br><br>I. BAROYA, et a.,<br><br>            Defendants. | Case No.  1:05-cv-01247-SAB-PC<br><br>ORDER SETTING TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date:  October 9, 2015, 10:00 a.m. in Courtroom 9<br><br>(ECF NO. 192) |

On October 2, 2015, Plaintiff filed a motion for a 90 day extension of time in which to file opposition to Defendants' motion for summary judgment.  Defendant Fam has opposed the motion.  The Court hereby sets the matter for a telephonic hearing on October 9, 2015, at 10:00 a.m.  Counsel for Defendants Baroya, Hoppe, Nguyet and Riedman shall arrange for telephonic participation by Plaintiff.

IT IS SO ORDERED.

Dated:   **October 7, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1