# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>    Plaintiff,<br><br>    v.<br><br>I. BAROYA, et al.,<br><br>    Defendants. | Case No.  1:05-cv-01247-SAB-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE TRIAL EXHIBITS<br><br>(ECF NO. 196) |

On October 6, 2015, Defendants Baroya, Nguyet, Hoppe, and Riedman have filed a request to extend time to submit trial exhibits. Defendants seek a one day extension of time. The Court finds the request to be supported by the declaration of counsel. Good cause having been presented to the Court, Defendants shall overnight their trial exhibits and binders to the Court and to Plaintiff no later than October 7, 2015.

IT IS SO ORDERED.

Dated:   **October 7, 2015**

UNITED STATES MAGISTRATE JUDGE

1