# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>        Plaintiff,<br><br>    v.<br><br>I. BAROYA, et al.,<br><br>        Defendants. | Case No. 1:05-cv-01247-SAB-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES<br><br>(ECF No. 207) |

Plaintiff Hendon is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 9, 2015, an order was entered, setting a deadline for the filing of a motion for summary judgment and opposition to the motion. Defendants seek judgment on the ground that Plaintiff failed to exhaust his available administrative remedies prior to filing suit. On November 16, Plaintiff filed a motion requesting copies of certain documents. Plaintiff is having difficulty getting his legal property released, and seeks copies of the pleadings related to the earlier motion to dismiss for failure to exhaust available administrative remedies.

Good cause appearing, IT IS HEREBY ORDERED that the Clerk's Office shall send to Plaintiff the following documents:

    1.    Defendants' motion to dismiss and supporting documents filed November 24, 2009 (ECF No. 42).

1

2. Plaintiff's opposition to the motion filed on December 22, 2009 (ECF No. 43).

3. The July 23, 2010, findings and recommendation (ECF No. 45).

IT IS SO ORDERED.

Dated:   **November 19, 2015**

UNITED STATES MAGISTRATE JUDGE