# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>        Plaintiff,<br><br>   v.<br><br>I. BAROYA, et al.,,<br><br>        Defendants. | Case No.  1:05-cv-01247 SAB-PC<br><br>ORDER DENYING MOTION FOR COPIES<br>(ECF NO. 214) |

Plaintiff Hendon is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion titled as "Plaintiff's Motion Requesting Copies of Certain Documents" filed on December 21, 2015.

Plaintiff seeks copies of "the pleadings related to Plaintiff's latest pretrial statement, as well as documents related to Defendants' earlier motion to dismiss for failure to exhaust available administrative remedies (ECF No. 42.)   Plaintiff sought copies of the documents related to the motion to dismiss in a motion filed on November 16, 2015, which was granted by the Court on November 19, 2015. (ECF No. 208.)   Plaintiff refers to the motion for summary judgment filed by Defendants on September 25, 2015. (ECF No. 179.)  Plaintiff filed opposition to the motion on December 9, 2015 (ECF No. 210) and Defendants' filed their replies on December 16, 2015. (ECF No. 212, 213.)   The motion is fully briefed and submitted.  Because the Court provided the documents previously sought by Plaintiff, the request before the Court in

1

1  this motion should therefore be denied.

2      Plaintiff is advised that the Court previously provided copies to Plaintiff as a courtesy.
3  The Court will not grant any further requests for copies of pleadings or other documents in the
4  Court's file.  Should Plaintiff need copies of documents filed in this case, he is advised that the
5  Schedule of Fees for the U.S. District Court for the Eastern District of California requires a
6  prepayment of fifty cents a page for documents in the Court's file.  Plaintiff may file a request
7  with the Clerk's Office to advise him of the number of pages of any documents he needs, but
8  will not provide copies without prepayment of fees.

9      Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Copies filed on
10 December 21, 2015, is denied.

12 IT IS SO ORDERED.

13 Dated:   **December 23, 2015**

                                              UNITED STATES MAGISTRATE JUDGE