# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | Case No. 1:05-cv-01247-SAB-PC |
| Plaintiff, | ORDER VACATING HEARING |
| v. | |
| I. BAROYA, et al., | |
| Defendants. | |

On October 9, 2015, a telephonic hearing was held. On the same date, an order was entered, vacating the trial date and the October 23, 2015, hearing date on the motions for summary judgment and motions in limine. The Court set deadlines for the filing of an opposition to the motions and for replies, which the parties have complied with. The Court also set a hearing date of January 8, 2016, for the motions for summary judgment and motions in limine. The Court, having reviewed the record, finds the matter suitable for decision without oral argument. See Local Rule 230(g). The matter is submitted.

Accordingly, IT IS HEREBY ORDERED that the January 8, 2016, hearing on the motions for summary judgment and motions in limine is vacated.

IT IS SO ORDERED.

Dated:   **January 4, 2016**

UNITED STATES MAGISTRATE JUDGE

1